☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-CR-0017-LRH-VPC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TILFORD LANDIS, | ) | |
| Defendants. | ) | |

On November 26, 2014, defendant Tilford Landis was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve two (2) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Monday, December 15, 2014, at 9:00 a.m., the defendant shall self surrender to the United States Marshals Service at the Bruce R. Thompson Courthouse and Federal Building located at 400 S. Virginia St., on the 2nd floor, Reno, Nevada to be taken into custody.

2. On Wednesday, December 17, 2014, at 9:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: December 2, 2014.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE